IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | |
|---|---|---|
| | : | |
| **Juan Arboleda** | : | Case No.: 18-11840 |
| | : | **Chapter 13** |
| Debtor(s). | : | **Judge Magdeline D. Coleman** |
| | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | : | |
| | : | |

### WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Adam B. Hall**, who shall be substituted for Sarah E. Barngrover as counsel of record for creditor **JPMorgan Chase Bank, N.A.** ("Creditor"). Sarah E. Barngrover is no longer counsel for Creditor and should not receive future notices in this case.

/s/ Sarah E. Barngrover
Sarah E. Barngrover (28840-64)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax 614-627-8181
sebarngrover@manleydeas.com

/s/ Adam B. Hall
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
abh@manleydeas.com

18-013624_PS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 18-11840 |
| **Juan Arboleda** | : **Chapter 13** |
| | : **Judge Magdeline D. Coleman** |
| Debtor(s) | : * * * * * * * * * * * * * * * * * * |
| | : |
| **JPMorgan Chase Bank, N.A.** | : Related Document # |
| Movant, | : |
| vs | : |
| | : |
| Juan Arboleda | : |
| | : |
| William C. Miller | : |
| Respondents. | : |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105, ecfemails@ph13trustee.com

Gary E. Thompson, Attorney for Juan Arboleda, 150 E. Swedesford Road, 1st Floor, Wayne, PA  19087, get24esq@aol.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on September 2, 2021:

Juan Arboleda, 24 Grist Mill Lane, West Grove, PA  19390

DATE: September 2, 2021

/s/ Adam B. Hall
Adam B. Hall, Esquire (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

18-013624_PS

Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is abh@manleydeas.com

18-013624_PS