## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Juan Arboleda<br>**Debtor(s)**<br><br>**PENNYMAC LOAN SERVICES, LLC**<br>**Movant**<br>vs.<br><br>**Juan Arboleda**<br>**Debtor(s)**<br><br>**Kenneth E. West Esq.**,<br>**Trustee** | BK NO. 18-11840 MDC<br><br>Chapter 13 |

### CERTIFICATE OF SERVICE
### NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE DUE TO THE COVID-19 PANDEMIC

I, Rebecca A. Solarz of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on February 4, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Juan Arboleda
24 Grist Mill Lane
West Grove, PA 19390

Attorney for Debtor(s)
GARY E. THOMPSON, ESQUIRE
150 E. Swedesford Road
Suite 102
Wayne, PA 19087

Trustee
Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service: electronic means or first class mail

Dated: February 4, 2022

**/s/Rebecca A. Solarz Esquire**
Rebecca A. Solarz Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-825-6327
rsolarz@kmllawgroup.com