**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Juan Arboleda                                                         CHAPTER 13
            Debtor

                                                                                                           **BANKRUPTCY NO. 18-11840**

**CERTIFICATE OF SERVICE**

I, Gary E. Thompson, Esquire, hereby certify that I have served a copy of the Motion to Modify

Plan Chapter 13 Plan on or about April 3, 2023 to the following:

United States Trustee
833 Chestnut Street
Philadelphia, PA 19106

Trustee Ken West
POB 40119
Philadelphia, PA 19106


All Creditors on Matrix

.

                                                                                   /S/
                                                       GARY E. THOMPSON, ESQUIRE
                                                       Attorney for Debtor.

4/3/23