**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**      **Juan Arboleda**                           :        **CHAPTER 13**
                              **Debtor**            :

                                                               **BANKRUPTCY NO. 18-11840**

**ORDER**

 AND NOW, this        day of          ,2023, upon consideration of Debtor's Motion to

Modify Plan Post Confirmation, it is hereby ORDERED that said Motion be GRANTED

.

_____
                                                                                                              J.