**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Juan Arboleda                                    CHAPTER 13
           Debtor

                                                    BANKRUPTCY NO. 18-11840

**CERTIFICATE OF SERVICE**

I, Gary E. Thompson, Esquire, hereby certify that I have served a copy of the  Modified

Chapter 13 Plan on or about May 15, 2023 to the following:

United States Trustee
833 Chestnut Street
Philadelphia, PA 19106

Trustee Kenneth West
POB 40119
Philadelphia, PA 19106

All Creditors on Matrix

.

                                              /S/
                                      GARY E. THOMPSON, ESQUIRE
                                      Attorney for Debtor.

5/16/23