**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:     **Juan Arboleda**                    :     **CHAPTER 13**
                                  **Debtor**       :

                                                :     **BANKRUPTCY NO. 18-11840**

**ORDER**

 AND NOW, this 15th   day of June  ,2023, upon consideration of Debtor's Motion to

Modify Plan Post Confirmation, it is hereby ORDERED that said Motion be GRANTED

.

_____
                                                              J.