Certificate Number: 05781-PAE-DE-037580148

Bankruptcy Case Number: 18-11840



05781-PAE-DE-037580148

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 10, 2023, at 5:43 o'clock PM PDT, Juan Arboleda completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  July 10, 2023            By:    /s/Allison M Geving

                                Name:  Allison M Geving

                                Title: President