**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

| | | |
|---|---|---|
| JUAN ARBOLEDA | : | CHAPTER 13 |
| Debtor | : | |
| | : | BANKRUPTCY NO. 18-11840 |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

JUAN ARBOLEDA has filed with the Court a Motion to Reinstate case #18-11840.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before December 8, 2023, you or your attorney must do all of the following:

   (a) file an answer explaining you position at

   Bankruptcy Clerk
   900 Market Street, Suite 400
   Philadelphia, PA 19107-4299
   (215) 408-2800

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b) mail a copy to the movant's attorney:

   Gary E. Thompson, Esquire
   882 S. MatLack Street, Suite 101
   West Chester, PA 19382
   (610) 688-1111

2. If you or your attorney do not take the steps described in paragraphs 1(a) and (b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion has been requested to be held before the Honorable Judge Coleman on December 14, 2023, at 11:00 A.M. in Courtroom 2, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.     You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Dated:  November 17 2023