**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: JAUN ARBOLEDA` <br> Debtor | CHAPTER 13 <br><br> BANKRUPTCY NO. 18-11840 |

**CERTIFICATE OF SERVICE**

I, Gary E. Thompson, Esquire, hereby certify that I am the attorney for the Debtor in the above-captioned matter and that I have sent copies of the Motion for Reinstatement, together with Notice of hearing date, pursuant to Local Rule 1009.1(b), by regular mail to the addresses indicated below:


U. S. Trustee's Office
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Trustee Ken West
POB 40119
Philadelphia, PA 19106


All Creditors on Matrix


                                                             /S/  Gary E. Thompson
                                                            GARY E. THOMPSON, ESQUIRE
                                                            Attorney for Debtor.