# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: JUAN ARBOLEDA : | CHAPTER 13 |
| Debtor : | |
| : | BANKRUPTCY NO. 18-11840 |

## ORDER

AND NOW, this _____ day of _____, 2023, upon consideration of Debtor's Motion , it is hereby ORDERED that said Motion be GRANTED and that the case be reinstated to allow Debtor to file a certificate regarding domestic support obligations and receive a Chapter 13 Order of Discharge..

_____

J.

Date: _____