:

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE:JUAN ARBOLEDA**                :     **CHAPTER 13**

                 **Debtor**     :

                       **BANKRUPTCY NO. 18-11840**


## ORDER

AND NOW, this     **14th**     day of     **December**     ,2023, upon

consideration of Debtor's Motion , it is hereby ORDERED that said Motion be GRANTED and

that the case be reinstated to allow Debtor to file a certificate regarding domestic support

obligations and receive a Chapter 13 Order of Discharge..


_____
     MAGDELINE D. COLEMAN     J.
     Chief Bankruptcy Judge


Date: _____