United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-11840-mdc |
| Juan Arboleda | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 15, 2023 | Form ID: pdf900 | Total Noticed: 17 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Juan Arboleda, 24 Grist Mill Lane, West Grove, PA 19390-9300 |
| 14200348 | | JPMorgan Chase Bank, N.A., c/o Karina Velter, Esquire, Manley Deas Kochalski LLC, PO Box 16508, Columbus, OH 43216-5028 |
| 14164184 | + | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14075864 | + | Oxford Area School District, C/O BB& T, POB 1043, Boyertown, PA 19512-6043 |
| 14589656 | + | PENNYMAC LOAN SERVICES, LLC, C/O Rebecca Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14075867 | + | Township of Upper Oxford, c/o Keystone Collections, POB 499, Irwin, PA 15642-0499 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 16 2023 00:16:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 16 2023 00:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14111018 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 16 2023 00:16:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14075862 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 16 2023 00:17:54 | Chase Auto, POB 901076, Ft Worth, TX 76101 |
| 14103887 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 16 2023 00:18:01 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 14104023 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 16 2023 00:16:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14075863 | + | Email/PDF: cbp@omf.com | Dec 16 2023 00:17:54 | One Main Financial, POB 183172, Columbus, 0H 43218-3172 |
| 14075865 | + | Email/Text: bankruptcygroup@peco-energy.com | Dec 16 2023 00:15:00 | PECO Energy, POB 8699, Philadelphia, PA 19101-8699 |
| 14094844 | + | Email/Text: bankruptcygroup@peco-energy.com | Dec 16 2023 00:15:00 | PECO Energy Company, 2301 Market Street, S4-1, Philadelphia, PA 19103-1380 |
| 14110924 | | Email/PDF: ebnotices@pnmac.com | Dec 16 2023 00:17:39 | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2010, MOORPARK, CA 93020 |
| 14075866 | + | Email/PDF: ebnotices@pnmac.com | Dec 16 2023 00:17:53 | PennyMac, POB 660929, Dallas, TX 75266-0929 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

Case 18-11840-mdc    Doc 129    Filed 12/17/23    Entered 12/18/23 00:33:05    Desc
Imaged Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 15, 2023 | Form ID: pdf900 | Total Noticed: 17 |

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 17, 2023         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor JPMORGAN CHASE BANK N.A. amps@manleydeas.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Pennymac Loan Services LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Pennymac Loan Services LLC bkgroup@kmllawgroup.com |
| GARY E. THOMPSON | on behalf of Debtor Juan Arboleda get24esq@aol.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JAMES A. PROSTKO | on behalf of Creditor Pennymac Loan Services LLC paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor Pennymac Loan Services LLC jblank@pincuslaw.com, mmorris@pincuslaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor Pennymac Loan Services LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Pennymac Loan Services LLC mfarrington@kmllawgroup.com |
| THOMAS SONG | on behalf of Creditor Pennymac Loan Services LLC tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 13

:

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: JUAN ARBOLEDA                :     CHAPTER 13
              Debtor     :
                                                  **BANKRUPTCY NO. 18-11840**

**ORDER**

AND NOW, this 14th day of December, 2023, upon consideration of Debtor's Motion , it is hereby ORDERED that said Motion be GRANTED and that the case be reinstated to allow Debtor to file a certificate regarding domestic support obligations and receive a Chapter 13 Order of Discharge..

_____ J.
MAGDELINE D. COLEMAN
Chief Bankruptcy Judge

Date: _____