**Fill in this information to identify the** Fill in this information to identify the case:

Debtor 1   Juan Arboleda

Debtor 2

United States Bankruptcy Court for the EASTERN District of Pennsylvania (Philadelphia)

Case number   18-11840 MDC

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** PENNYMAC LOAN SERVICES, LLC

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 0597

**Date of payment change:**
Must be at least 21 days after date of this notice           07/01/2022

**New total payment:**           $2,851.57
Principal, interest, and escrow, if any

### Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $_____           New escrow payment:  $_____

### Part 2:  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%           New interest rate: _____%

   Current principal and interest payment: $_____   New principal and interest payment: $_____

### Part 3:  Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: Loan modification agreement effective 07/01/2022.

   Current mortgage payment: $2,723.27           New mortgage payment: $2,851.57

Official Form 410S1           **Notice of Mortgage Payment Change**           page 1

| Debtor(s) | Juan Arboleda | Case number (if known) 18-11840 MDC |
|---|---|---|
| | First Name    Middle Name    Last Name | |

# Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Denise Carlon                              Date September 2, 2022
_____
Signature

Print:   Denise Carlon                                   Title  Attorney for Creditor
         First Name   Middle Name   Last Name

Company: KML Law Group, P.C.

Address: 701          Market Street, Suite 5000
         Number       Street
         Philadelphia,                    PA      19106
         City                             State   ZIP Code

Contact phone  (215) 627–1322            Email  dcarlon@kmllawgroup.com

---

Official Form 410S1                **Notice of Mortgage Payment Change**                page 2