### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Juan Arboleda**<br>  *Debtor*<br><br>**PENNYMAC LOAN SERVICES, LLC**<br>  *Movant*<br>  vs.<br><br>**Juan Arboleda**<br>  *Debtor*<br><br>**Kenneth E. West, Esq.**,<br>  *Trustee* | **BK NO. 18-11840 MDC**<br><br>**Chapter 13**<br><br>**Related to Claim No. 4** |

### CERTIFICATE OF SERVICE OF
### NOTICE OF PAYMENT CHANGE

I, Denise Carlon, Esquire, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on September 6, 2022, I caused to be served the above captioned pleading on the parties at the addresses shown below:

Debtor
Juan Arboleda
24 Grist Mill Lane
West Grove, PA 19390
VIA Regular Mail

Attorney for Debtor
Gary E. Thompson, Esquire
150 E. Swedesford Road
Suite 102
Wayne, PA 19087
VIA ECF

Trustee
Kenneth E. West, Esq.
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107
VIA ECF

Dated: September 6, 2022

**/s/ Denise Carlon, Esquire**
Denise Carlon, Esquire
Attorney ID No. 317226
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (215) 627–1322
Email: bkgroup@kmllawgroup.com